UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Barry S & Denise Brown-Staley     :         Case #: 07-59967

                                        :         Chapter 13

                                        :         Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: November 23, 2010                    /s/ Frank M. Pees_____
                                            Frank M. Pees
                                            Chapter 13 Trustee


Name and Address                            Amount
Michael's Auto Sales                        $2,575.57
1766 Parson's Ave.
Columbus, Ohio 43207